# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION



FILED IN OPEN COURT
1-21-09

CLERK U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

BRUNO ORDELI MENDEZ-RUIZ
a/k/a Bruno Ordeli Mendez

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:09-mj- 1012 TEM

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief. On or about January 21, 2009, in Duval County, in the

Middle District of Florida, the defendant,

> an alien who had previously been arrested and deported/removed from the
> United States to Honduras on September 3, 1998, thereafter was found
> unlawfully in the United States without first having applied for and receiving
> permission of the Attorney General of the United States or his successor, the
> Secretary of the Department of Homeland Security, to re-enter the United States,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation

Officer with Immigration and Customs Enforcement, and that this Complaint is based on the

following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant
DALE W. BRICKMAN

Sworn to before me and subscribed in my presence,

January 21, 2009                          at        Jacksonville, Florida

THOMAS E. MORRIS
United States Magistrate Judge        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Dale W. Brickman, being a duly sworn and appointed Deportation Officer for Department of Homeland Security, Immigration and Customs Enforcement, hereby make the following statement in support of the attached criminal complaint.

1.      Your affiant is a Deportation Officer for Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service (INS), and has been so employed for over six years. Your affiant has training and experience in the enforcement of the Immigration and Nationality laws of the United States.  Additionally, your affiant has training and experience in the preparation, presentation and service of criminal complaints and arrest warrants.

2.      On January 12, 2009, Immigration Enforcement Agent Joseph Ordon was notified by the Levy County Jail in Bronson, Florida, that they had an individual who identified himself as Bruno Ordeli Mendez, who was booked into the Levy County Jail on January 11, 2009, and claimed during the booking process that he was born in Honduras on April 25, 1975.  Immigration Enforcement Agent Joseph Ordon lodged an ICE detainer against the person claiming to be Bruno Ordeli Mendez with the Levy County Jail.

3.      On January 12, 2009, Immigration Enforcement Agent Joseph Ordon ran Immigration Service computer checks on Bruno Ordeli Mendez, born April 25, 1975 in Honduras.  The computer checks showed no record that a Honduran citizen with that name and date of birth had ever been legally admitted into the United States.

4.      On January 15, 2009, at approximately 10:00 a.m., the Levy County Jail in Bronson, Florida notified your affiant and Immigration Enforcement Agent Joseph

Ordon that local charges for the person claiming to be Bruno Ordeli Mendez were resolved and he was ready for pickup on the ICE detainer. On January 15, 2009, the person claiming to be Bruno Ordeli Mendez was then transported to the ICE District Office in Jacksonville, Florida for administrative deportation processing. During administrative deportation possessing, your affiant entered the fingerprints of the person claiming to be Bruno Ordeli Mendez into the Automated Biometric Identification System (IDENT). IDENT is an ICE computer check that uses an electronic fingerprint scanner to determine if an alien has ever been previously encountered by ICE. The IDENT computer check revealed that the person claiming to be Bruno Ordeli Mendez had been previously encountered by ICE using the name Bruno Ordeli MENDEZ-RUIZ and had been assigned Alien Registration Number (A-number) A094 858 244. Your affiant then conducted additional ICE computer checks using MENDEZ-RUIZ's A-number, which revealed that Bruno Ordeli MENDEZ-RUIZ is a citizen and national of Honduras who had been deported/removed from the United States to Honduras on one prior occasion, dated September 3, 1998.

    5.    On January 21, 2009, your affiant interviewed Bruno Ordeli MENDEZ-RUIZ regarding his prior deportation/removal. Prior to any questioning, MENDEZ-RUIZ was advised of his Miranda Rights in the Spanish and English languages and he agreed to make a statement without an attorney present. MENDEZ-RUIZ admitted that he is a citizen and national of Honduras and that his true and correct name is Bruno Ordeli Mendez. MENDEZ-RUIZ further stated that he had last been deported/removed from the United States on September 3, 1998, and that following his last deportation/removal, he illegally re-entered the United States without

2

inspection on December 2, 1998, near Brownsville, Texas. MENDEZ-RUIZ admitted that he did not have permission from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States after deportation/removal.

6.    On January 21, 2009, your affiant reviewed Alien Registration File (A-file) A094 858 244. The A-file confirmed that Bruno Ordeli MENDEZ-RUIZ was first deported/removed from the United States to Honduras through New Orleans, Louisiana on September 3, 1998. A further review of this A-file showed no record that MENDEZ-RUIZ had ever applied for or received permission from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States since the time of his last deportation/removal.

7.    On January 21, 2009, at approximately 12:30 p.m., your affiant advised Assistant United States Attorney Dale R. Campion of the foregoing facts and he authorized criminal prosecution of MENDEZ-RUIZ.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that Bruno Ordeli MENDEZ-RUIZ, also known as Bruni Ordeli Mendez, is a Honduran citizen who has illegally re-entered the United States after having been deported/removed from the United States without first applying for or receiving permission from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States after deportation/removal, in violation of Title 8, United States Code, Section 1326.

Dale W. Brickman, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

3