UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED IN OPEN COURT
1-28-09
U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLOR
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

BRUNO ORDELI MENDEZ-RUIZ
 a/k/a Bruno Ordeli Mendez

CASE NO.  3:09-cr-18-J-25TEM
8 U.S.C. § 1326

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 21, 2009, in Duval County, in the Middle District of Florida,

BRUNO ORDELI MENDEZ-RUIZ
a/k/a Bruno Ordeli Mendez,

the defendant herein, an alien who had previously been arrested and deported/

removed from the United States to Honduras on September 3, 1998, thereafter was

found unlawfully in the United States without first having applied for and receiving

permission of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States.

In violation of Title 8, United States Code, Section 1326.

                                      A. BRIAN ALBRITTON
                                      United States Attorney

By: _____
      DALE R. CAMPION
      Assistant United States Attorney

By: _____
      MAC D. HEAVENER, III
      Assistant United States Attorney
      Deputy Chief, Jacksonville Division